IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEAN COBB, )
    *Plaintiff,* )
    -vs- )   No. 05C 690
CITY OF CHICAGO and )   *(jury demand)*
CHICAGO POLICE OFFICERS )   JUDGE JOHN W DARRAH
BRODERICK JONES, )
and COREY FLAGG, )   MAGISTRATE JUDGE KEYS
    *Defendants.* )

FILED FEB - 4 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiff DEAN COBB is a resident of the Northern District of Illinois.

3. Defendant CITY OF CHICAGO is an Illinois municipal corporation.

4. Defendants BRODERICK JONES and COREY FLAGG were at all times relevant acting under color their authority as Chicago police officers.

5. In 2002, defendants JONES and BARNER fabricated evidence which caused plaintiff to be indicted and held to answer criminal charges.

6. Thereafter, defendants JONES and BARNER concealed defendant's innocence of any criminal wrongdoing from the prosecutors and thereby caused plaintiff to be wrongfully prosecuted until all charges were resolved in plaintiff's favor on November 20, 2003.

7. Defendants JONES and FLAGG committed the misconduct referred to above as the result of the deliberate indifference of defendant City of Chicago to the fabrication of evidence by its police officers.

8. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and subjected to the Illinois tort of malicious prosecution.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in her favor and against defendants in an amount in excess of one hundred thousand dollars as compensatory damages.

KENNETH N. FLAXMAN, #339
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*